# Exhibit C

# Claim Chart Showing MemoMind One Infringes U.S. Design Patent No. D1,140,996

**Infringement of U.S. Design Patent No. D1,140,996 by MemoMind One Archive Model**

| U.S. Design Patent No. D1,140,996 | MemoMind One Archive Model |
|---|---|
|  |  |

**Infringement of U.S. Design Patent No. D1,140,996 by MemoMind One Archive Model**

| U.S. Design Patent No. D1,140,996 | MemoMind One Archive Model |
|---|---|
|  |   |

**Infringement of U.S. Design Patent No. D1,140,996 by MemoMind One Archive Model**

| U.S. Design Patent No. D1,140,996 | MemoMind One Archive Model |
|---|---|
|  |  |
|  |  |

**Infringement of U.S. Design Patent No. D1,140,996 by MemoMind One Archive Model**

| U.S. Design Patent No. D1,140,996 | MemoMind One Archive Model |
|---|---|
|  |  |
|  |  |

**Infringement of U.S. Design Patent No. D1,140,996 by MemoMind One Archive Model**

| U.S. Design Patent No. D1,140,996 | MemoMind One Archive Model |
| --- | --- |
|  |  |

**Infringement of U.S. Design Patent No. D1,140,996 by MemoMind One Archive Model**

| U.S. Design Patent No. D1,140,996 | MemoMind One<br>Archive Model |
|---|---|
|  |  |