# Exhibit D

# Claim Chart Showing MemoMind One Infringes U.S. Design Patent No. D1,140,997

**Infringement of U.S. Design Patent No. D1,140,997 by MemoMind One Gotham Model**

| U.S. Design Patent No. D1,140,997 | MemoMind One<br>Gotham Model |
|---|---|
|  |    |

**Infringement of U.S. Design Patent No. D1,140,997 by MemoMind One Gotham Model**

| U.S. Design Patent No. D1,140,997 | MemoMind One Gotham Model |
|---|---|
|  |  |
|  |  |

**Infringement of U.S. Design Patent No. D1,140,997 by MemoMind One Gotham Model**

| U.S. Design Patent No. D1,140,997 | MemoMind One Gotham Model |
| --- | --- |
|  |   |

**Infringement of U.S. Design Patent No. D1,140,997 by MemoMind One Gotham Model**

| U.S. Design Patent No. D1,140,997 | MemoMind One<br>Gotham Model |
|---|---|
|  |  |
|  |  |

**Infringement of U.S. Design Patent No. D1,140,997 by MemoMind One Gotham Model**

| U.S. Design Patent No. D1,140,997 | MemoMind One Gotham Model |
|---|---|
|  |   |

**Infringement of U.S. Design Patent No. D1,140,997 by MemoMind One Gotham Model**

| U.S. Design Patent No. D1,140,997 | MemoMind One Gotham Model |
| --- | --- |
|  |  |

**Infringement of U.S. Design Patent No. D1,140,997 by MemoMind One Nomad Model**

| U.S. Patent No. D1,140,997 | MemoMind One Nomad Model |
|---|---|
|  |   |

**Infringement of U.S. Design Patent No. D1,140,997 by MemoMind One Nomad Model**

| U.S. Patent No. D1,140,997 | MemoMind One<br>Nomad Model |
| --- | --- |
|  | <br> |

**Infringement of U.S. Design Patent No. D1,140,997 by MemoMind One Nomad Model**

| U.S. Patent No. D1,140,997 | MemoMind One Nomad Model |
|---|---|
|  |   |

**Infringement of U.S. Design Patent No. D1,140,997 by MemoMind One Nomad Model**

| U.S. Patent No. D1,140,997 | MemoMind One Nomad Model |
|---|---|
|  |  |
|  |  |

**Infringement of U.S. Design Patent No. D1,140,997 by MemoMind One Nomad Model**

| U.S. Patent No. D1,140,997 | MemoMind One Nomad Model |
|---|---|
|  |  |

**Infringement of U.S. Design Patent No. D1,140,997 by MemoMind One Nomad Model**

| U.S. Patent No. D1,140,997 | MemoMind One Nomad Model |
|---|---|
|  |  |

**Infringement of U.S. Design Patent No. D1,140,997 by MemoMind One Nomad Model**

| U.S. Patent No. D1,140,997 | MemoMind One Nomad Model |
| --- | --- |
|  |  |